**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6359

PERRY L. CRAWFORD,

Plaintiff - Appellant,

versus

SAMUEL DAWKINS, Medical Doctor,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Russell A. Eliason, Magistrate Judge. (1:05-cv-913)

Submitted: July 9, 2007          Decided: July 31, 2007

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Perry L. Crawford, Appellant Pro Se. Elizabeth P. McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Perry L. Crawford appeals the magistrate judge's order[*] denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge.  Crawford v. Dawkins, No. 1:05-cv-913 (M.D.N.C. Feb. 26, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).